# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943
Fax: (414) 271-9344
www.chapter13Milwaukee.com

P. O. Box 510920
Milwaukee, WI 53203
info@chapter13milwaukee.com

October 12, 2016

Clerk of the US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: PAULA LYNN BAR-DIN
　　Case No. 12-33192-GMH

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1310096 in the amount of $1,666.97. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:　　1307307

Original Payee:　　Paula Lynn Bar-Din
　　　　　　　　　10902 75Th Street Apt 212
　　　　　　　　　************Need Address**************
　　　　　　　　　Kenosha, WI  53142

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,

OFFICE OF CHAPTER 13 TRUSTEE

*Mary B. Grossman*

Mary B. Grossman, Chapter 13 Standing Trustee

MBG

cc: file